*William C. Bieluch,* for the appellees (plaintiffs).

*Robert Ewing,* with whom was *Russell L. Post,* for the appellants (defendants Humble Oil and Refining Company et al.).

*Joseph J. Burns,* assistant corporation counsel, for the appellant (named defendant).

Reargued January 7—decided January 8, 1964

HEATING ACCEPTANCE CORPORATION *v.* HULLIE M. PATTERSON

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*Herbert Watstein,* with whom was *Julius Watstein,* for the appellee (plaintiff).

*John J. Hunt,* for the appellant (defendant).

Argued January 7—decided January 8, 1964

SAMPSON TKACZYK ET AL. *v.* HERMAN LEVINE, ADMINISTRATOR (ESTATE OF OLGA GALLAGHER), ET AL.

The motion by the plaintiffs for an order authorizing the Superior Court in New Haven County to issue an injunctive writ is dismissed for lack of jurisdiction.

The motion by the plaintiffs for action under Canon 11 of Judicial Ethics is dismissed for lack of jurisdiction.

*Sampson Tkaczyk* and *Evelyn Tkaczyk,* pro se, in support of the motions.

Submitted December 26, 1963—decided January 21, 1964